Etemad,
    Plaintiff

Shadman,
    Defendant

Adv. Proc. No. 13-05121-MEH

# CERTIFICATE OF NOTICE

District/off: 0971-5     User: awong2     Page 1 of 1     Date Rcvd: Apr 02, 2015
                    Form ID: pdfeoap     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2015.
pla           +Cyrus Etemad,    1925 Century Park East,    Suite 1380,    Los Angeles, CA 90067-2733
dft           +Michael Shadman,    15219 Sobey Rd.,    Saratoga, CA 95070-6255

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Apr 03 2015 01:31:29
                Office of the U.S. Trustee / SJ,    U.S. Federal Bldg.,    280 S 1st St. #268,
                San Jose, CA   95113-3004
                                                                                                                                                 TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2015                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2015 at the address(es) listed below:
           A. David Youssefyeh    on behalf of Plaintiff Cyrus  Etemad david@adylaw.com,    isue4usc@gmail.com
           Shawn R. Parr    on behalf of Defendant Michael  Shadman shawn@parrlawgroup.com,
            parrlawecf@gmail.com
                                                                                                                                          TOTAL: 2

The following constitutes
the order of the court. Signed April 2, 2015

*M. Elaine Hammond* (signature)
_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-52908 MEH |
| MICHAEL SHADMAN, | Chapter 7 |
|              Debtor. / | |
| CYRUS ETEMAD, | Adv. Pro. No. 13-5121 |
|              Plaintiff, | |
| vs. | |
| MICHAEL SHADMAN, | |
|              Defendant. / | |

ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES,
AND SETTING A STATUS CONFERENCE

    The parties herein have advised the Court that a settlement has been reached. Therefore, it is

    ORDERED that the pretrial conference and trial dates, April 7, 2015 and April 14, 2015 respectively, are vacated. A status conference will be held on May 18, 2015 at 10:00 in Courtroom 3070.

**END OF ORDER**

1                    COURT SERVICE LIST
2
3  ECF Participants
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26